AO 106 (Rev. 04/10) Application for a Search Warrant (Modified: WAWD 10-26-18)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
SUBJECT PARCEL bearing confirmation no. 9405536897846076545344, more fully described in Attachment A

Case No.   MJ20-588

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference.

located in the   Western   District of   Washington  , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution of Controlled Substances & Unlawful Use of Communication Facility, |
| 21 U.S.C. § 843 | (U.S. Mails) to Distribute Controlled Substances. |

The application is based on these facts:
✓ See Affidavit of Postal Inspector Casey Snyder, continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

*Applicant's signature*

CASEY SNYDER, Special Agent, USPS OIG
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
● The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: September 10, 2020 @ 3:07pm

*Judge's signature*

City and state:  Seattle, Washington     Michelle L. Peterson, United States Magistrate Judge
*Printed name and title*

USAO# 2020R00831 [ISABELLA to KENDALL]

| | |
|---|---|
| 1 | STATE OF WASHINGTON  ) |
| 2 | ) |
|   | COUNTY OF KING           ) |
| 3 | **AFFIDAVIT** |

I, Casey J. Snyder, being first duly sworn on oath, depose and say:

**BACKGROUND**

1. **Affiant Background.** I am a Special Agent with the United States Postal Service Office of Inspector General ("USPS-OIG"), assigned to the Seattle Field Office. I have been a Special Agent with the USPS-OIG since February of 2012. I am authorized to enforce the laws of the United States and to investigate crimes committed against the U.S. Postal Service or by U.S. Postal Service employees. Prior to joining the USPS-OIG, I was a Special Agent with the Air Force Office of Special Investigations (AFOSI) for approximately four years. I received my initial training at the Federal Law Enforcement Training Center (FLETC), in Glynco, Georgia. I was trained in various investigative methods such as interviewing and interrogation, surveillance, search and seizure, the identification of various types of controlled substances by sight and odor, the way in which controlled substances are packaged, marketed, and consumed, and the effects of various controlled substances on human physiology. I have conducted numerous narcotics investigations involving the manufacturing, possession, and distribution of controlled substances.

2. **Duties, Training & Experience.** As part of my duties, I investigate the use of the U.S. mails to illegally mail and receive controlled substances, the proceeds of drug trafficking, as well as other instrumentalities associated with drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances), 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances and proceeds from the sale thereof), and 846 (controlled substances conspiracy). As set forth below, my training and experience includes identifying parcels with characteristics indicative of criminal activity. During my employment with the USPS-OIG, I have

AFFIDAVIT OF CASEY SNYDER – 1
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

participated in many criminal investigations involving suspicious parcels and controlled substances.

3. The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and investigation by other law enforcement officers.  Because the purpose of this affidavit is limited to setting forth probable cause to search the SUBJECT PARCEL described below, I have not set forth every fact of which I am aware pertaining to the investigation.

4. Through my training and experience, I am aware that drug traffickers frequently use the United States Postal Service (USPS) mail system to transport controlled substances and the proceeds from the sale of controlled substances throughout the United States, often working with coconspirators.  I have learned and observed that sometimes drug traffickers put controlled substances and drug proceeds in the same parcel.  I am also aware that proceeds from the sales of controlled substances are transported in the form of cash, money orders and other monetary instruments.  I am aware that cash, as well as money orders purchased with cash, are desirable forms of payment for drug traffickers, as they are difficult for law enforcement to track.

5. I also know that drug traffickers prefer mail/delivery services such as Express and Priority Mail because of the reliability of these services, as well as the ability to track the article's progress to the intended delivery point.  When a drug trafficker learns a mailed article has not arrived as scheduled, he/she can become suspicious of any delayed attempt to deliver the item.

6. In addition, I am aware that the USPS Express and Priority Mail services were custom designed to fit the needs of businesses by providing overnight delivery for time sensitive materials.  Business mailings often contain typewritten labels, are in flat cardboard mailers, and usually weigh less than eight ounces.  In addition, businesses using corporate charge accounts print their account number on the Express and Priority Mail label in order to expedite transactions with USPS.

AFFIDAVIT OF CASEY SNYDER – 2
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. Based on my training and experience concerning drug traffickers' use of Express and Priority Mail for the transportation of controlled substances and proceeds, I am aware that these parcels usually contain some or all of the following characteristics (which are different than characteristics of parcels being sent by legitimate businesses):

   a. Unlike typical Express and Priority Mail business mailings which usually have typed labels, parcels containing controlled substances and/or proceeds often have handwritten address information. In addition, the address information often contains misspelled words or incomplete/incorrect addresses. This is done to help conceal the true identities of the individuals involved.

   b. The label on Express and Priority Mail parcels containing controlled substances and/or proceeds do not contain a business account number and/or credit card number. This often indicates that the sender likely paid cash. A credit card or business account number would more likely enable law enforcement officers to connect the parcel to identifiable individuals.

   c. Express and Priority Mail parcels containing controlled substances and/or proceeds are often distinguishable from typical business mailings as they do not bear any advertising on the mailing container/box and are typically mailed from one individual to another.

   d. The sender and/or recipient addresses on Express and Priority Mail parcels containing controlled substances and/or proceeds are often either fictitious, or are persons not associated with the addresses listed in USPS or law enforcement databases.

   e. The zip codes for the sender addresses on Express and Priority Mail parcels containing controlled substances and/or proceeds are often

AFFIDAVIT OF CASEY SNYDER – 3
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

different from the zip codes of the post offices from where the parcels were mailed.

 f. Express and Priority Mail parcels containing controlled substances, and/or proceeds, are often heavily taped on the seams of the parcel, to conceal scents from within the parcel.

 g. Express and Priority Mail parcels containing controlled substances and/or proceeds often include a waiver of signature requirement upon delivery.

8. Agents who encounter a parcel with any or all the above characteristics often further scrutinize the parcel by, among other tactics, conducting address verifications using law enforcement databases and conducting trained narcotic-detecting canine examinations.

## ITEM TO BE SEARCHED

9. As set forth in Attachment A, this affidavit is made in support of an application for a search warrant for one USPS Priority Mail parcel, hereinafter referred to as the "SUBJECT PARCEL." The SUBJECT PARCEL is believed to contain controlled substances or proceeds from the sale of controlled substances. The SUBJECT PARCEL is further described as follows: one Priority Mail parcel addressed to "Doug Kendall, 13308 SE 44th Pl, Bellevue, WA 98006-2125," with a return address of "Patty Isabella, 113 Kramer Ct, Florence, NJ 08518." This is a Priority Mail parcel measuring approximately 10 inches by 5.6 inches by 0.8 inches. The parcel weighs approximately 3.2 ounces. This parcel is postmarked September 4, 2020, from zip code 08518, and carries $6.05 in postage. The tracking number associated with the parcel is 9405536897846076545344. SUBJECT PARCEL is currently in the custody of the USPS-OIG in Federal Way, Washington.

## ITEMS TO BE SEIZED

10. Through this application, I request that law enforcement officers and agents be authorized to seize the following from the SUBJECT PARCEL, which constitute the

AFFIDAVIT OF CASEY SNYDER – 4
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession of, with intent to distribute, controlled substances), 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances), and 846 (controlled substances conspiracy):

    a.    Controlled substances, including cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, fentanyl, oxycodone, Oxycontin, Suboxone, Clonazepam, Alprazolam, Xanax, and Adderall;

    b.    Monetary instruments, including currency, money orders, bank checks, or gift cards;

    c.    Controlled substance-related paraphernalia;

    d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

**THE INVESTIGATION**

11. On March 30, 2020, I executed federal search warrants on two parcels destined to Doug Kendall, 13308 SE 44th Pl, Bellevue, WA 98006. Both parcels were shipped using a return address of "Patty Isabella, 54 Overlook Dr, Lopatcong, NJ 08886." In the first parcel I found two baggies containing pills. One of the baggies contained 30, yellow, round pills marked C/230. Presumptive testing indicated these pills contained Trifluoromethylphenylpiperazine (TFMPP). The other baggie contained 29, round, yellow pills marked with a triangle on one side and blank on the other. Presumptive testing indicated these pills contained Oxycodone.

AFFIDAVIT OF CASEY SNYDER – 5
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. In the second parcel searched on March 30, 2020, I found 85, small, pink pills which were blank on both sides. Presumptive testing on these pills was inconclusive. Laboratory testing on the contents of both parcels is pending.

13. On September 8, 2020, while conducting mail interdiction, I identified SUBJECT PARCEL.

14. Using USPS and law enforcement databases, I researched the sender name and address listed on SUBJECT PARCEL. I learned that the address, 113 Kramer Ct, Florence, NJ 08518, is a true and deliverable address. According to law enforcement records, no one named Patty Isabella was associated with that address.

15. Using USPS and law enforcement databases, I also researched the recipient address, Doug Kendall, 13308 SE 44th Pl, Bellevue, WA 98006. I learned that this was a true and deliverable address. Law enforcement records indicated Doug Kendall was associated with that address.

16. Based on my training and experience, I know drug traffickers regularly falsify shipping names and addresses, when shipping controlled substances, in order to avoid detection by law enforcement.

17. Postal Service records indicated the SUBJECT PARCEL was shipped using "EasyPost". EasyPost is a third-party vendor for postage. Using vendors such as EasyPost, shippers can purchase postage anonymously or using fictitious name and/or address information. They can then create shipping labels from their home computer and print these labels in the privacy of their home, without interacting with postal employees or visiting the post office. I know based on my training and experience this is a preferred method to pay for postage for parcels containing controlled substances.

18. Based upon the above information, on September 8, 2020, at approximately 12:00 pm, I requested the assistance of U.S. Customs and Border Protection (CBP) Canine Officer Kristina Johnson and her canine partner, "Remi." Under the direction of Officer Johnson, Remi systematically searched a lineup of five parcels determined to be free of the scent of narcotics. I then swapped the SUBJECT PARCEL with the blank in

AFFIDAVIT OF CASEY SNYDER – 6
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

position two, outside the view of Officer Johnson or Remi. When Remi approached the SUBJECT PARCEL, she alerted to the presence of controlled substances. Officer Johnson's affidavit describing Remi's training and qualifications is attached here and incorporated herein by reference.

## CONCLUSION

19. Based on the facts set forth in this affidavit, as well as the attached affidavit (incorporated herein by reference) of CBP Officer Johnson, there is probable cause to conclude that SUBJECT PARCEL contains controlled substances, currency, documents, or other evidence, more fully identified in Attachment B, that relates to the mailing and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances), 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances), and 846 (controlled substances conspiracy). I request the Court issue a warrant authorizing the search of the SUBJECT PARCEL.

_____
CASEY SNYDER
Special Agent, USPS OIG

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone on this 10th day of September, 2020.

_____
Michelle L. Peterson
United States Magistrate Judge

AFFIDAVIT OF CASEY SNYDER – 7
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT A

## Parcel to Be Searched

The SUBJECT PARCEL is one Priority Mail parcel addressed to "Doug Kendall, 13308 SE 44th Pl, Bellevue, WA 98006-2125," with a return address of "Patty Isabella, 113 Kramer Ct, Florence, NJ 08518." This is a Priority Mail parcel measuring approximately 10 inches by 5.6 inches by 0.8 inches. The parcel weighs approximately 3.2 ounces. This parcel is postmarked September 4, 2020, from zip code 08518, and carries $6.05 in postage. The tracking number associated with the parcel is 9405536897846076545344. SUBJECT PARCEL is currently in the custody of the USPS-OIG in Federal Way, Washington.

ATTACHMENT A – 1
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to Be Seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) (distribution and possession with intent to distribute controlled substances), 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances), and 846 (controlled substances conspiracy):

a. Controlled substances, including cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, fentanyl, oxycodone, Oxycontin, Suboxone, Clonazepam, Alprazolam, Xanax, and Adderall;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATACHMENT B – 1
USAO #2020R00831 [ISABELLA to KENDALL]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



**U.S. Customs and Border Protection**
**Department of Homeland Security**

**Canine Enforcement Office**
19339 28th Ave. S. Bldg. D
Sea-Tac, WA 98188

# AFFIDAVIT

I, Kristina M. Johnson, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area. My assigned canine, "REMI" (170178) was initially certified with me on April 18, 2018, after successfully U.S. Customs and Border Protection detection Re-Team training. Canine "REMI" was trained to detect the odors of concealed humans, Marijuana, Hashish, Cocaine, Heroin, Methamphetamine, Ecstasy Fentanyl and their derivatives. I and canine "REMI" maintain our annual certification through the Customs and Border Protection regulations. This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of controlled substances. This certification consists of searches administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team. Canine "REMI" must pass 16 of the 17 controlled finds (15 active and 2 blinds) with equates to a 94% or greater accuracy.

I and canine "REMI" participate in maintenance training, which is no less than 16 hours per month. Ongoing training includes:
- Training in all areas of interdiction, such as vehicles, boats, schools, currency, parcels and mail, airports, bus and bus depots, storage units, residences, motels, apartments, etc.
- Training on various quantities of controlled substances, ranging from grams to pounds.
- Training on controlled negative (blank) testing, in which all objects or locations have no contraband present
- Conflict training, which proofs the dog and prevents her from alerting to common items associated with controlled substances, such as plastic bags, etc. and/or reward objects or toys

CBP maintains training records of the on-going training. All training records and certifications are constantly maintained and up to date and current.

1

The dogs are given a rating at each training day that is maintained for 90 days.

The ratings for each training day are based on unsatisfactory, poor, fair, average, good or excellent performance. Canine "REMI" has maintained a rating of "Good" over the last 30 days. Canine "REMI" is trained with a passive response/indication (sit or lay down), with various objects (toys) being her reward. Canine "REMI's" last certification was June 17, 2020.

On September 8, 2020, at approximately 12:00pm, CBP K-9 Officer Johnson and K-9 REMI (170178) systematically searched a lineup of 5 parcels determined to be free of the scent of determined to be free of the scent of narcotics. SA Casey Snyder, with the U.S. Postal Service Office of Inspector General, then swapped the suspect parcel with the blank in position two; outside the view of Officer Johnson and K9 REMI. Upon approaching the suspect parcel, K-9 "REMI" stopped and took several deep breaths and sat. When "REMI" sits, it's an indication she could smell the odor of narcotics coming from the parcel. The particulars of the parcel are as follows:

Tracking #:    9405 5368 9784 6076 5453 44

Sender:        Patty Isabella
               113 Kramer Ct
               Florence, NJ 08518

Recipient:     Doug Kendall
               13308 SE 44th PL
               Bellevue, WA 98006-2125

I have been a Canine Officer since October 2008.

I certify under penalty of perjury under the laws of the State of Washington that that the foregoing is true and correct to the best of my knowledge.

Signed _____    Date 08 SEPT 2020

Kristina M. Johnson
Canine Enforcement Officer
U.S. Customs and Border Protection
Seattle, WA
(206) 396-1864 (cell)

2